```
                            United States Bankruptcy Court
                             Eastern District of New York

In re:                                                          Case No. 17-46525-cec
Anthony Pucciarelli                                             Chapter 7
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0207-1          User: dcarter-e            Page 1 of 2         Date Rcvd: Feb 05, 2019
                              Form ID: 269               Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2019.
db             +Anthony Pucciarelli,    78 Olympia Blvd,    Staten Island, NY 10305-4312
smg            +NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                 Brooklyn, NY 11201-3739
smg            +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
9155093        +American Express Travel,    PO Box 981540,    El Paso, TX 79998-1540
9155094        +Caliber Home Loans,    PO Box 24610,   Oklahoma City, OK 73124-0610
9155095        +Cap1/suzki,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
9155096        +Cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
9155097         Chase Home Finance,    PO BOX 830016,    Baltimore, MD 21283
9155099       ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dfs/webbank,    1 Dell Way,    Round Rock, TX 78682)
9155100        +Dsnb Macys,   Po Box 8218,    Mason, OH 45040-8218
9179714        +JPMorgan Chase Bank, National Association,    c/o Shapiro, DiCaro & Barak, LLC,
                 One Huntington Quadrangle, Suite 3N05,    Melville, NY 11747-4468
9155104        +NYC Enviornmental Protect,    NYC Water Board,    PO Box 371488,    Pittsburgh, PA 15250-7488
9233335        +New York City Water Board,    Andrew Rettig,    Assistant Counsel,    59-17 Junction Boulevard,
                 Elmhurst, NY 11373-5188
9158776        +U.S. Bank Trust, N.A., as Trustee for,    LSF9 Master Participation Trust,
                 c/o Rosicki, Rosicki & Associates, P.C.,    51 East Bethpage Road,    Plainview, NY 11803-4224
9264378        +U.S. Bank Trust, N.A., as Trustee for LSF9 Master,    Fein, Such & Crane, LLP,
                 1400 Old Country Road,    Suite C103,    Westbury, NY 11590-5119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Feb 05 2019 18:48:05
                 NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                 Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Feb 05 2019 18:47:47
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
9155098        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 05 2019 18:47:45     Comenity Bank/express,
                 Po Box 182789,    Columbus, OH 43218-2789
9155102        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 05 2019 18:47:49     Midland Funding LLC,
                 8875 Aero Drive,    San Diego, CA 92123-2255
9155103        +E-mail/Text: Bankruptcies@nragroup.com Feb 05 2019 18:48:27     National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
9155105        +E-mail/PDF: gecsedi@recoverycorp.com Feb 05 2019 18:55:21     Syncb/gap,    Po Box 965005,
                 Orlando, FL 32896-5005
9155106        +E-mail/PDF: gecsedi@recoverycorp.com Feb 05 2019 18:55:21     Syncb/pc Richard,    Po Box 965036,
                 Orlando, FL 32896-5036
                                                                                               TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9155101       ##+IC System, Inc,   444 Highway 96 East,    P.O. Box 64887,    Saint Paul, MN 55164-0887
                                                                                TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                            Signature:   /s/Joseph Speetjens

District/off: 0207-1          User: dcarter-e              Page 2 of 2              Date Rcvd: Feb 05, 2019
                              Form ID: 269                 Total Noticed: 22

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2019 at the address(es) listed below:
              David J. Doyaga    david.doyaga.sr@gmail.com,  NY98@ecfcbis.com,carolina@doyagalawfirm.com
              Jay  Meyers    on behalf of Debtor Anthony  Pucciarelli sibankruptcylawyer@gmail.com,
               meyersjr79350@notify.bestcase.com
              Katherine  Heidbrink    on behalf of Creditor    JPMorgan Chase Bank, National Association
               kheidbrink@logs.com,  nybkcourt@logs.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Seung Woo  Lee    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9 Master
               Participation Trust slee@rlesterlaw.com
              Tammy L Terrell Benoza    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee for LSF9
               Master Participation TrustBy Caliber Home Loans, INC., as its attorney in fact
               bankruptcy@feinsuch.com
                                                                                             TOTAL: 6

| | |
|---|---|
| **Information to identify the case:** | |
| Debtor 1  **Anthony Pucciarelli** | Social Security number or ITIN  **xxx–xx–8256** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN  _ _ _ _ |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | Date case filed for chapter  **7   12/5/17** |
| Case number:  **1–17–46525–cec** | |

# NOTICE CLOSING CASE WITHOUT DISCHARGE

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) having failed to timely file a Certification About a Financial Management Course or Official Form 423 in accordance with Interim Bankruptcy Rules 1007(b)(7) and 1007(c), the above–captioned case has been closed without an entry of discharge.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Certification About a Financial Management Course, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: February 5, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLclcm.jsp** [Notice of Case Closed due to No Certification About a Financial Management Course Filed rev. 02/01/17]